(No. 73-CC-55—Claimant ▮▮▮▮▮▮▮)

DICTAPHONE CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, GOVERNOR'S OFFICE OF HUMAN RESOURCES, Respondent.

*Opinion filed July 26, 1973.*

DICTAPHONE CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.